# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE:<br><br>Edward Cubernot<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NO.: 21-10942-elf |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Headlands Residential Series Owner Trust, Series E ("Headlands"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Angela C. Pattison, Esq
> Hill Wallack LLP
> 1415 Route 70 East
> Suite 309
> Cherry Hill, NJ 08034
> Telephone: (856) 616-8086
> Facsimile: (856) 616-8081
> Email: apattison@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Headlands's (i) right to have final orders in non-core matters entered only after de novo review

{10701873; 1}

by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Headlands is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 29, 2022  Hill Wallack LLP

By: */s/ Angela C. Pattison*
Angela C. Pattison, Esq
Hill Wallack LLP
1415 Route 70 East
Suite 309
Cherry Hill, NJ 08034
Telephone: (856) 616-8086
Facsimile: (856) 616-8081
Email: apattison@hillwallack.com

Counsel to Headlands Residential Series Owner Trust, Series E

{10701873; 1}

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (PHILAELPHA)

| | |
|---|---|
| IN RE:<br><br>Edward Cubernot<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 21-10942-elf |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance of Headlands Residential Series Owner Trust, Series E in the manner indicated below on September 29, 2022:

Edward Cubernot
5877 Pheasant Street
Doylestown, PA 18901
**Debtor**
**Via Regular Mail**

ZACHARY PERLICK
1420 Walnut Street
Suite 718
Philadelphia, PA 19102
**Counsel for Debtor**
**Via ECF**

Office of the U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**United States Trustee**
**Via ECF**

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107
**Chapter 13 Trustee**
**Via ECF**

By: */s/ Angela C. Pattison*
Angela C. Pattison, Esq
Hill Wallack LLP
1415 Route 70 East
Suite 309
Cherry Hill, NJ 08034
Telephone: (856) 616-8086
Facsimile: (856) 616-8081
Email: apattison@hillwallack.co

{10701944; 1}