**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Philadelphia)**

| | |
|---|---|
| IN RE:<br><br>**Edward Cubernot**<br><br>Debtor | CHAPTER 13<br><br>CASE NO.: 21-10942-elf<br><br>HEARING DATE: 03/21/2023<br>TIME: 9:30 am<br>LOCATION: COURTROOM #1 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Headlands Residential Series Ownertrust, Series E ("Movant") has filed a Motion for relief from the automatic stay provisions of 11 U.S.C. § 362(a) with respect to real Mortgaged Premises located at 5877 Pheasant Lane, Buckingham, Pennsylvania 18901.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 14, 2023, you or your attorney must do **all** of the following:

    (a)    file an answer explaining your position at:
            U.S. Bankruptcy Court
            Eastern District of Pennsylvania
            Robert N.C. Nix Sr. Federal Courthouse
            900 Market Street, Suite 204
            Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the Movant's Attorney:
       Hill Wallack, LLP
       1415 Route 70 East, Suite 309
       Cherry Hill, NJ 08034
       856-616-8086
       (856) 616-8081 (FAX)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Judge Eric L. Frank on March 21, 2023 at 9:30 A.M. Courtroom #1, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (215) 408-2970 to find out whether the hearing has been canceled because no one filed an answer.

            <u>*By:  /s/ Angela C. Pattison*</u>
            Angela C. Pattison, Esq.,
            Attorney ID 307611
            Hill Wallack, LLP
            1415 Route 70 East, Suite 309
            Cherry Hill, NJ 08034
            Telephone 856-616-8086
            Facsimile 856-616-8081
            Email: apattison@hillwallack.com