**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| IN RE: | CHAPTER 13 |
|---|---|
| **Edward Cubernot** | CASE NO.: 21-10942-pmm |
| Debtors | |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this __12th__ day of __May__, **2023**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**BY THE COURT:**

_/s/ Patricia M. Mayer_
_____
Patricia M. Mayer
United States Bankruptcy Judge

Case Administrator to mail:

Cc:   Kenneth West, Chapter 13 Trustee
      Debtor: 5877 Pheasant Lane, Buckingham, PA 18901
      Counsel for Debtor: Zachary Perlick, Esquire
      Counsel for Movant: Angela C. Pattison, Esquire