United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10942-pmm |
| Edward Cubernot | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 12, 2023 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Cubernot, 5877 Pheasant Street, Doylestown, PA 18902-1925 |
| cr | | Headlands Residential Owner Trust, Series E, by U., Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| cr | + | Headlands Residential Series Owner Trust, Series E, Hill Wallack LLP, 1415 Route 70 East, Cherry Hill, NJ 08034-2210 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

**Name**           **Email Address**

ANGELA CATHERINE PATTISON
    on behalf of Creditor Headlands Residential Series Owner Trust  Series E apattison@hillwallack.com, apattison@ecf.courtdrive.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor NWL Company  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIEL P. JONES
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christiana Trust  not in its individual capacity but solely as Trustee of the Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

JILL MANUEL-COUGHLIN
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christiana Trust  not in its individual capacity but solely as Trustee of the Brougham Fund I Trust bankruptcy@powerskirn.com

KENNETH E. WEST

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: pdf900 | Total Noticed: 3 |

ecfemails@ph13trustee.com  philaecf@gmail.com

STEVEN P KELLY

on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christiana Trust  not in its individual capacity but solely as Trustee of the Brougham Fund I Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK

on behalf of Debtor Edward Cubernot Perlick@verizon.net  pireland1@verizon.net

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: <br><br> **Edward Cubernot** <br><br> Debtors | CHAPTER 13 <br><br> CASE NO.: 21-10942-pmm |

**ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

      **AND NOW**, this __12th__ day of __May__, **2023**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

                                                                       **BY THE COURT:**

                                                      Patricia M. Mayer
                                                      United States Bankruptcy Judge

Case Administrator to mail:

Cc:    Kenneth West, Chapter 13 Trustee
          Debtor: 5877 Pheasant Lane, Buckingham, PA 18901
          Counsel for Debtor: Zachary Perlick, Esquire
          Counsel for Movant: Angela C. Pattison, Esquire