**CURTUSUNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                :       Chapter 13

**EDWARD CUBERNOT,**                  :

                                        :       Case No.  21-10942 (PMM)

                                        :

    **Debtor[s]**                          :

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #97, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #103) is **approved**.


Date:  June 14, 2023

                                                            *Patricia M. Mayer*
                                                          **PATRICIA M. MAYER**
                                                          **U.S. BANKRUPTCY JUDGE**