**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Edward Cubernot** | CASE NO.: 21-10942-pmm |
| Debtor | HEARING DATE: May 8, 2024<br>TIME: 1:00pm<br>LOCATION: Courtroom #1 |

**RESPONSE OF HEADLANDS RESIDENTIAL SERIES OWNER TRUST, SERIES E, TO DEBTOR'S MOTION TO RECONSIDER AND VACATE THE COURT'S ORDER OF APRIL 3, 2024**

I, Angela C. Pattison, am the attorney responsible for the management of this matter on behalf of Headlands Residential Series Owner Trust, Series E and possess personal knowledge of the facts and circumstances contained within this Response.

1. Headlands Residential Series Owner Trust, Series E (hereafter "Movant") holds a claim with respect to the real property known as 5877 Pheasant Lane, Buckingham Twp, PA 18901, which is docketed with this Court as Claim #2-1, in the amount of $202,910.02, including arrears in the amount of $138,545.71.

2. On April 3, 2024, this Court awarded Movant stay relief after no response/opposition was filed in regards to the Certification of Default that was filed March 27, 2024.

3. As a consequence of the relief Order, Movant proceeded with its efforts before the state court to enforce its Note and Mortgage.

4. On April 11, 2024, Debtor filed a motion to reconsider and vacate the court's order of April 3, 2024.

5. The standard for reconsideration before this court is clear. Reconsideration is only appropriate where there is, "(1) an intervening change in the controlling law; (2) the availability of new evidence that was not available when the [c]ourt granted the motion; or (3)

the need to correct a clear error of law or fact or to prevent manifest injustice." See, Max's Seafood Café ex rel. Lou-Ann, Inc. v. Quinteros, 176 F.3d 669, 677 (3d Cir. 1999) (citing North River Ins. Co. v. CIGNA Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir. 1995)).

6. Reconsideration is granted sparingly where necessary to correct manifest injustice, consider newly discovered evidence and/or to correct errors contained within a Court's judgment.  See, Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) (citing Keene Corp. v. Int'l Fidelity Ins. Co., 561 F.Supp. 656, 665 (N.D. Ill. 1983)).

7. Moreover, reconsideration is not a means by which parties are permitted to re-litigate prior arguments because they disagree with the Court's decision.  See, Fidtler v. Gillis, 1999 WL 596940, *2 (E.D. Pa. Aug. 9, 1999) (citing Waye v. First Citizen's Nat'l Bank, 846 F.Supp. 310, 314 n. 3 (M.D. Pa. 1994), aff'd. 31 F.3d 1175 (3d Cir. 1994)).

8. Debtor has failed to satisfy the prongs of the Wedgewood standard.

WHEREFORE, Headlands Residential Series Owner Trust, Series E, respectfully requests this Court to deny Debtor's motion for reconsideration with prejudice for failure to meet the standard for reconsideration and/or injunctive relief.

Respectfully submitted,

By: /s/ Angela C. Pattison, Esq.
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Edward Cubernot** | CASE NO.: 21-10942-pmm |
| Debtor | HEARING DATE: May 8, 2024<br>TIME: 1:00pm<br>LOCATION: Courtroom #1 |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) Opposition of Headlands Residential Series Owner Trust, Series E in the manner indicated below on April 22, 2024:

Edward Cubernot
5877 Pheasant Street
Doylestown, PA 18901
**Debtor**
**Via Regular Mail**

Zachary Perlick
1420 Walnut Street
Suite 718
Philadelphia, PA 19102
**Counsel for Debtor**
**Via ECF**

**United States Trustee**
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
**United States Trustee**
**Via ECF**

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street – Suite 1813
Philadelphia, PA 19107
**Chapter 13 Trustee**
**Via ECF**

By:  /s/ Angela C. Pattison
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Telephone 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com