# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Edward Cubernot, | : | Chapter 13 |
| | : | |
| | : | Case No.  21-10942 (PMM) |
| | : | |
| Debtor. | : | |

## O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Reconsider (doc. #122, "the Motion") and the Response thereto (doc. #125);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed, see doc. # 126;

It is hereby **ORDERED** that:

1. On or before **July 10, 2024**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date:  6/26/24**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE