UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| IN RE: | CHAPTER 13 |
|---|---|
| **Edward Cubernot** | CASE NO.: 21-10942-pmm |
| Debtors | |

### ORDER APPROVING THE STIPULATION RESOLVING THE DEBTOR'S MOTION TO RECONSIDER AND VACATE THE COURT'S ORDER OF APRIL 3, 2024

**AND NOW**, this  1st   day of  July       , **2024**, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge