IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   EDWARD CUBERNOT | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY No. 21-10942 |

# **O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion to Abate Payments and Modify the confirmed chapter 13 Plan **(Doc. # 128 , THE "Motion)**;

It is hereby **ordered** that:

1. The Motion is **granted;** and.

2. The Debtor's Modified Plan (**Doc. #130 )** is **approved**.

BY THE COURT:

Dated: 7/9/24

*Patricia M. Mayer*

———————————————————
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE