**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        EDWARD CUBERNOT            :CHAPTER 13
                                         :
                                         :
              DEBTOR                     :BANKRUPTCY No. 21-10942

**CERTIFICATION OF SERVICE**

I hereby certify that true and correct copies of the foregoing Modified Chapter 13 Plan has been served upon the Trustee, U.S. Trustee, Debtor, all counsel and creditors who entered appearances and all creditors on the Matrix in the above captioned case on February 13, 2025 by regular first class mail or electronic mail.


BY: /s/ Zachary Perlick
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922