United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10942-pmm |
| Edward Cubernot | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 21, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14733684 | + Email/Text: bankruptcy@bsifinancial.com | Apr 22 2025 01:43:00 | Headlands Residential Series Owner Trust, Series E, c/o BSI Financial Services, 1425 Greenway Dr., #400, Irving, TX 75038-2480 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christiana Trust not in its individual capacity but solely as Trustee of the Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NWL Company LLC bkgroup@kmllawgroup.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christiana Trust not in its individual capacity but solely as Trustee of the Brougham Fund I Trust bankruptcy@powerskirn.com |
| KAITLIN D. SHIRE | on behalf of Creditor Headlands Residential Series Owner Trust Series E kshire@hillwallack.com, lharkins@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 21, 2025 | Form ID: trc | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

STEVEN P KELLY
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christiana Trust  not in its individual capacity but solely as Trustee of the Brougham Fund I Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Edward Cubernot Perlick@verizon.net
    pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 21-10942-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward Cubernot
5877 Pheasant Street
Doylestown PA 18901

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/18/2025.

Name and Address of Alleged Transferor(s):

Claim No. 2: Headlands Residential Series Owner Trust, Series E, c/o BSI Financial Services, 1425 Greenway Dr., #400, Irving, TX 75038

Name and Address of Transferee:

Residential Credit Opportunities Trust X-B
FCI Lender Services, Inc.
PO Box 27370, Anaheim Hills, CA 92809

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/23/25

Tim McGrath
**CLERK OF THE COURT**