**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward Cubernot                                  CHAPTER 13
                   Debtor(s)

                                                        BKY. NO. 21-10942 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-B and index same on the master mailing list.

                        Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
09 Jun 2025, 12:19:58, EDT

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322