**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Edward Cubernot                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-10942 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-B and index same on the master mailing list.

                                          Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
09 Jun 2025, 12:19:58, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322

Document ID: 60be6fd99f377af318f815d813dccbb4a7065fa8b5944303b4a3875cd340ce6a