

**UNIVEST**
BANK AND TRUST CO.
univest.net                    Member FDIC
14 N Main St Souderton PA 18964

## CASHIER'S CHECK

20411776

If this check is lost/stolen/destroyed, refunds or a replacement cashier's check will only be issued after the later of (i) 90 days after check's issue date or (ii) completion of the Declaration of Loss form.

REMITTER:   EDWARD CUBERNOT                    DATE    5/11/26

PAY TO THE
ORDER OF   KENNETH WEST

$         15,103.82

EXACTLY **15,103 AND 82/100 DOLLARS

PAID IN FULL

AUTHORIZED SIGNATURE

⑈00 20411776⑈ ⑆03 1913438⑆ ⑈0 111030045⑈