**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**


IN RE:      EDWARD CUBERNOT      :      CHAPTER 13
                                 :
                                 :
            DEBTOR               :      BANKRUPTCY No. 21-10942


**<u>PRAECIPE TO WITHDRAW DOCKET #176</u>**


TO THE CLERK:

Kindly docket as follows:

Please withdraw docket #176 which was filed on May 19, 2026.


Respectfully submitted,


<u>/Zachary Perlick/</u>
ZACHARY PERLICK, ESQUIRE
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
Phone: (215) 569-2922
Fax:    (215) 569-1444