**Fill in this information to identify the case:**

Debtor 1     **EDWARD  CUBERNOT**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Eastern District of Pennsylvania**

                                                             (State)

Case Number     **21-10942-PMM**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made      **12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**    FCI LENDER SERVICES INC

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account:    3   4   3   2

**Property Address:**     5877 PHEASANT STREET
                         Number       Street

                         DOYLESTOWN                PA     18901
                         City                                  State      ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $ 138,545.71 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 138,545.71 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ 15,678.24 |
| d.  Total amount of arrearages disbursed by the trustee: | $ 154,223.95 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:          $_____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____. All subsequent ongoing mortgage payments must be made directly by the debtor to
the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:          $_____ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Kenneth E. West _____          Date    06/22/2026
        Signature

Trustee    Kenneth E. West _____
        First Name        Middle Name        Last Name

Address    190 N. Independence Mall West, Suite 701 _____
        Number        Street

        Philadelphia _____        PA        19106
        City                State    ZIP Code

Contact phone    (215) 627-1377 _____        Email  info@ph13trustee.com _____

| Debtor 1 | **EDWARD  CUBERNOT** | | Case Number **21-10942-PMM** | | Page 1 |
|---|---|---|---|---|---|
| | Name | | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 02/07/2022 | 3005978 | Disbursement To Creditor/Principal | 2,491.52 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 04/12/2022 | 3008606 | Disbursement To Creditor/Principal | 2,785.76 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 05/11/2022 | 3009969 | Disbursement To Creditor/Principal | 5,543.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 06/09/2022 | 3011220 | Disbursement To Creditor/Principal | 2,783.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 07/12/2022 | 3012503 | Disbursement To Creditor/Principal | 2,783.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 08/16/2022 | 3013814 | Disbursement To Creditor/Principal | 2,875.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 10/11/2022 | 3015895 | Disbursement To Creditor/Principal | 1,771.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 12/13/2022 | 3018282 | Disbursement To Creditor/Principal | 1,840.00 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 05/09/2023 | 3024470 | Disbursement To Creditor/Principal | 1,840.00 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 06/13/2023 | 3025643 | Disbursement To Creditor/Principal | 3,801.77 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 07/13/2023 | 3026810 | Disbursement To Creditor/Principal | 516.11 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 11/09/2023 | 3031144 | Disbursement To Creditor/Principal | 3,341.04 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 05/13/2024 | 4004638 | Disbursement To Creditor/Principal | 6,560.23 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 08/14/2024 | 4007468 | Disbursement To Creditor/Principal | 4,378.59 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 02/12/2025 | 4012670 | Disbursement To Creditor/Principal | 4,427.53 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 03/12/2025 | 4013517 | Disbursement To Creditor/Principal | 6,173.69 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 04/15/2025 | 4014375 | Disbursement To Creditor/Principal | 6,173.69 |
| 2 | FCI LENDER SERVICES INC | Secured Arrears Mortgage | 10/15/2025 | 4019573 | Disbursement To Creditor/Principal | 30,704.13 |
| 2 | FCI LENDER SERVICES INC | Secured Arrears Mortgage | 04/15/2026 | 4024795 | Disbursement To Creditor/Principal | 37,205.18 |
| 2 | FCI LENDER SERVICES INC | Secured Arrears Mortgage | 06/17/2026 | 4026570 | Disbursement To Creditor/Principal | 10,546.87 |
| | | | | | Total for Claim Number 2: | 138,545.71 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **138,545.71** |

### Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 07/13/2023 | 3026810 | Disbursement To Creditor/Principal | 3,285.66 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 11/09/2023 | 3031144 | Disbursement To Creditor/Principal | 378.08 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 05/13/2024 | 4004638 | Disbursement To Creditor/Principal | 742.37 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 08/14/2024 | 4007468 | Disbursement To Creditor/Principal | 495.49 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 02/12/2025 | 4012670 | Disbursement To Creditor/Principal | 501.03 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 03/12/2025 | 4013517 | Disbursement To Creditor/Principal | 698.63 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 04/15/2025 | 4014375 | Disbursement To Creditor/Principal | 698.63 |
| 4 | FCI LENDER SERVICES INC | Post Petition Arrears | 10/15/2025 | 4019573 | Disbursement To Creditor/Principal | 3,474.58 |
| 4 | FCI LENDER SERVICES INC | Post Petition Arrears | 04/15/2026 | 4024795 | Disbursement To Creditor/Principal | 4,210.25 |
| 4 | FCI LENDER SERVICES INC | Post Petition Arrears | 06/17/2026 | 4026570 | Disbursement To Creditor/Principal | 1,193.52 |
| | | | | | Total for Claim Number 4: | 15,678.24 |
| | | | | | **Total for Part 3 - c (Postpetition Arrears):** | **15,678.24** |

**Fill in this information to identify the case:**

Debtor 1    **EDWARD  CUBERNOT**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:  **Eastern District of Pennsylvania**
(State)

Case Number   **21-10942-PMM**

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made
**12/25**

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
| --- | --- |

**Name of claim holder:**   FCI LENDER SERVICES INC

**Court claim no.**  (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account:   3   4   3   2

**Property Address:**   5877 PHEASANT STREET
Number        Street

DOYLESTOWN                                    PA    18901
City                                          State    ZIP Code

| Part 2: | Statement of Completion |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

| Part 3: | Arrearages |
| --- | --- |

| | Amount |
| --- | --- |
| a.  Allowed amount of prepetition arrearage: | $   138,545.71 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $   138,545.71 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $   15,678.24 |
| d.  Total amount of arrearages disbursed by the trustee: | $   154,223.95 |

**Part 4:** **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:           $_____ -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:** **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:           $_____ -0-

**Part 6:** **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Kenneth E. West _____          Date   06/22/2026
Signature

Trustee    Kenneth E. West _____
First Name          Middle Name          Last Name

Address    190 N. Independence Mall West, Suite 701 _____
Number        Street

Philadelphia _____          PA    19106
City                        State    ZIP Code

Contact phone   (215) 627-1377 _____          Email  info@ph13trustee.com _____

| Debtor 1 | **EDWARD  CUBERNOT** | | Case Number **21-10942-PMM** | | Page 1 |
| | Name | | | | |

# History Of Payments

## Part 3 - b (Prepetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 02/07/2022 | 3005978 | Disbursement To Creditor/Principal | 2,491.52 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 04/12/2022 | 3008606 | Disbursement To Creditor/Principal | 2,785.76 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 05/11/2022 | 3009969 | Disbursement To Creditor/Principal | 5,543.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 06/09/2022 | 3011220 | Disbursement To Creditor/Principal | 2,783.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 07/12/2022 | 3012503 | Disbursement To Creditor/Principal | 2,783.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 08/16/2022 | 3013814 | Disbursement To Creditor/Principal | 2,875.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 10/11/2022 | 3015895 | Disbursement To Creditor/Principal | 1,771.92 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 12/13/2022 | 3018282 | Disbursement To Creditor/Principal | 1,840.00 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 05/09/2023 | 3024470 | Disbursement To Creditor/Principal | 1,840.00 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 06/13/2023 | 3025643 | Disbursement To Creditor/Principal | 3,801.77 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 07/13/2023 | 3026810 | Disbursement To Creditor/Principal | 516.11 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 11/09/2023 | 3031144 | Disbursement To Creditor/Principal | 3,341.04 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 05/13/2024 | 4004638 | Disbursement To Creditor/Principal | 6,560.23 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 08/14/2024 | 4007468 | Disbursement To Creditor/Principal | 4,378.59 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 02/12/2025 | 4012670 | Disbursement To Creditor/Principal | 4,427.53 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 03/12/2025 | 4013517 | Disbursement To Creditor/Principal | 6,173.69 |
| 2 | BSI FINANCIAL SERVICES | Secured Arrears Mortgage | 04/15/2025 | 4014375 | Disbursement To Creditor/Principal | 6,173.69 |
| 2 | FCI LENDER SERVICES INC | Secured Arrears Mortgage | 10/15/2025 | 4019573 | Disbursement To Creditor/Principal | 30,704.13 |
| 2 | FCI LENDER SERVICES INC | Secured Arrears Mortgage | 04/15/2026 | 4024795 | Disbursement To Creditor/Principal | 37,205.18 |
| 2 | FCI LENDER SERVICES INC | Secured Arrears Mortgage | 06/17/2026 | 4026570 | Disbursement To Creditor/Principal | 10,546.87 |
| | | | | | Total for Claim Number 2: | 138,545.71 |
| | | | | | **Total for Part 3 - b (Prepetition Arrears):** | **138,545.71** |

## Part 3 - c (Postpetition Arrears)

| Claim # | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 07/13/2023 | 3026810 | Disbursement To Creditor/Principal | 3,285.66 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 11/09/2023 | 3031144 | Disbursement To Creditor/Principal | 378.08 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 05/13/2024 | 4004638 | Disbursement To Creditor/Principal | 742.37 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 08/14/2024 | 4007468 | Disbursement To Creditor/Principal | 495.49 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 02/12/2025 | 4012670 | Disbursement To Creditor/Principal | 501.03 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 03/12/2025 | 4013517 | Disbursement To Creditor/Principal | 698.63 |
| 4 | BSI FINANCIAL SERVICES | Post Petition Arrears | 04/15/2025 | 4014375 | Disbursement To Creditor/Principal | 698.63 |
| 4 | FCI LENDER SERVICES INC | Post Petition Arrears | 10/15/2025 | 4019573 | Disbursement To Creditor/Principal | 3,474.58 |
| 4 | FCI LENDER SERVICES INC | Post Petition Arrears | 04/15/2026 | 4024795 | Disbursement To Creditor/Principal | 4,210.25 |
| 4 | FCI LENDER SERVICES INC | Post Petition Arrears | 06/17/2026 | 4026570 | Disbursement To Creditor/Principal | 1,193.52 |
| | | | | | Total for Claim Number 4: | 15,678.24 |
| | | | | | **Total for Part 3 - c (Postpetition Arrears):** | **15,678.24** |