United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10942-pmm |
| Edward Cubernot | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 22, 2026 | Form ID: 138OBJ | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Cubernot, 5877 Pheasant Street, Doylestown, PA 18902-1925 |
| 14718096 | | Headlands Residential Owner Trust, Series E,, Fay Servicing, LLC, PO Box 814609 Dallas, TX 75381-4609 |
| 14725262 | + | Headlands Residential Series Owner, Trust Series E, c/o ANGELA CATHERINE PATTISON, Hill Wallack, LLP, 1415 Route 70 East, Suite 309 Cherry Hill, NJ 08034-2210 |
| 14605853 | + | Joseph Ulanowski, 9410 Clark Street, Building A, Philadelphia, PA 19115-4373 |
| 14605854 | + | Montgomery Ambulance, 50 Beech Drive, Norristown, PA 19403-5421 |
| 14999351 | | Residential Credit Opportunities Trust X-B, FCI Lender Services, Inc., PO Box 27370, Anaheim Hills, CA 92809 |
| 14597655 | + | Saint Mary's Hospital, 1201 Langhorney-nEwtown Rd., Langhorne, PA 19047-1295 |
| 14597843 | + | WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christi, c/o Jill Manuel-Coughlin, Esquire, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215, Trevose, PA 19053-6980 |
| 14605335 | + | Wilmington Savings Fund Society, FSB, CO Daniel P. Jones, Esq., 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington PA 18976-3403 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2026 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14597651 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jun 23 2026 03:58:00 | Bank of America, N.A., POB 982284, El Paso, TX 79998-2284 |
| 14613771 | + | Email/Text: documentfiling@lciinc.com | Jun 23 2026 03:58:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14597652 | + | Email/Text: documentfiling@lciinc.com | Jun 23 2026 03:58:00 | Comcast, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 14652757 | | Email/Text: ECF@fayservicing.com | Jun 23 2026 03:58:00 | NWL Company, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14733684 | + | Email/Text: bankruptcy@bsifinancial.com | Jun 23 2026 03:58:00 | Headlands Residential Series Owner Trust, Series E, c/o BSI Financial Services, 1425 Greenway Dr., #400, Irving, TX 75038-2480 |
| 14597653 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2026 03:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14677412 | ^ | MEBN | Jun 23 2026 03:55:34 | NWL Company, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14597654 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Jun 22, 2026 | Form ID: 138OBJ | Total Noticed: 23 |

| | | |
|---|---|---|
| | Jun 23 2026 03:58:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14597656    Email/Text: accounting@sawcreek.org | Jun 23 2026 03:58:00 | Saw Creek Estates, 5728 Decker Rd., Bushkill, PA 18324 |
| 14597657    + Email/Text: bankruptcy@bsifinancial.com | Jun 23 2026 03:58:00 | Wilmington Savings Fund Society, BSI Financial Services, 314 South Franklin Street, POB 517, Titusville, PA 16354-0517 |
| 15096279    ^ MEBN | Jun 23 2026 03:55:39 | Wilmington Savings Fund Society, FSB, c/o FCI Lender Services, Inc., P. O. Box 27370, Anaheim Hills, CA 92809-0112 |
| 15017255    ^ MEBN | Jun 23 2026 03:55:34 | Wilmington Savings Fund Society, FSB, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14605850 | *+ | Bank of America, N.A., POB 982284, El Paso, TX 79998-2284 |
| 14605851 | *+ | Comcast, Comcast Center, 1701 JFK Boulevard, Philadelphia, PA 19103-2899 |
| 14605852 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14605855 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14605857 | *P++ | SAW CREEK ESTATES COMMUNITY ASSOCIATION, 5728 DECKER ROAD, BUSHKILL PA 18324-6627, address filed with court:, Saw Creek Estates, 5728 Decker Rd., Bushkill, PA 18324 |
| 14605856 | *+ | Saint Mary's Hospital, 1201 Langhorney-nEwtown Rd., Langhorne, PA 19047-1295 |
| 14605858 | *+ | Wilmington Savings Fund Society, BSI Financial Services, 314 South Franklin Street, POB 517, Titusville, PA 16354-0517 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christiana Trust  not in its individual capacity but solely as Trustee of the Brougham Fund I Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christiana Trust  not in its individual capacity but solely as Trustee of the Brougham Fund I Trust bankruptcy@powerskirn.com |
| KAITLIN D. SHIRE | on behalf of Creditor Headlands Residential Series Owner Trust  Series E kshire@hillwallack.com, lharkins@ecf.courtdrive.com |

District/off: 0313-2                          User: admin                                Page 3 of 3
Date Rcvd: Jun 22, 2026                      Form ID: 138OBJ                            Total Noticed: 23

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
          on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust
          X-B bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
          on behalf of Creditor NWL Company  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

STEVEN P KELLY
          on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB d/b/a Christiana Trust  not in its individual capacity but
          solely as Trustee of the Brougham Fund I Trust skelly@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD MILLER
          on behalf of Creditor Wilmington Savings Fund Society  FSB, as Owner Trustee of the Residential Credit Opportunities Trust
          X-B wmiller@logs.com, logsecf@logs.com

ZACHARY PERLICK
          on behalf of Debtor Edward Cubernot Perlick@verizon.net
          pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com


TOTAL: 10

*Form 138OBJ* (6/24)–doc 181 – 179

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Edward Cubernot | ) | Case No. 21–10942–pmm |
| | ) | |
| | ) | |
|    Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 22, 2026

For The Court

Mohung Wong
Clerk of Court