**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **Chapter 7** |
| | : | |
| **Edward Cubernot,** | : | **Case No.   21-10942 (PMM)** |
| | : | |
| **Debtor.** | : | |

### ORDER DENYING MOTION

**AND NOW**, upon consideration of the Certification of Default (doc. #185, the

"Certification");

AND the discharge having been entered on July 9, 2026;

It is hereby **ordered** that the relief sought in the Certification is **denied as moot**.

Dated: 7/20/26

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge